# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 1, 2021

## NO. 03-21-00084-CV

**D. R., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### APPEAL FROM THE 22ND DISTRICT COURT OF COMAL COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND SMITH
### AFFIRMED -- OPINION BY JUSTICE BAKER

This is an appeal from the order terminating parental rights signed by the trial court on February 8, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order of termination. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.